

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020
```

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

December 18, 2020

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10601

# MEMO ENDORSED

Re: Minerva Tejada v. Comm'r of Soc. Sec.
 20 Civ. 7067 (PAE) (BCM)

Dear Judge Moses:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on December 21, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until February 19, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:       s/ *Susan D. Baird*
         SUSAN D. BAIRD
         Assistant United States Attorney
         tel. (212) 637-2713
         Susan.Baird@usdoj.gov

cc: Michelle Spadafore, Esq.

> Application GRANTED. No further extensions of the deadline to file the certified administrative record will be granted absent compelling circumstances. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> December 21, 2020